MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Vidal Contreras*

# United States District Court

## District of Nevada

| | |
|---|---|
| MAUREEN GREENSTONE, an individual and as appointed Guardian of SETH DALE GREENSTONE, an Adult Protected Person,<br><br>Plaintiff,<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; VIDAL CONTRERAS; and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00290-GMN-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTIONS TO DISMISS** |

Plaintiff Maureen Greenstone, Defendant Las Vegas Metropolitan Police Department (LVMPD), and Defendant Officer Vidal Contreras (Ofc. Contreras) (together, the Parties) hereby stipulate to withdraw the following pending motions without prejudice:

1. LVMPD's Motion for Partial Dismissal filed on April 28, 2023. ECF No. 8.

2. Ofc. Contreras's Motion to Dismiss filed on April 28, 2023, and LVMPD Joinder to the Defendant Contreras's Motion to Dismiss. ECF No. 11 and 14.

///

///

Page 1 of 2

The deadline for the Defendants to answer the First Amended Complaint or otherwise appear will be May 26, 2023.

SO STIPULATED on May 16, 2023.

| MCNUTT LAW FIRM, P.C. | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Dan McNutt | /s/ Craig Anderson |
| Dan McNutt, Esq. (Bar No. 7815) | Craig Anderson, Esq. (Bar No. 6882) |
| Matt Wolf, Esq. (Bar No. 10801) | 10001 Park Run Drive |
| 11441 Allerton Park Drive, Suite 100 | Las Vegas, Nevada 89145 |
| Las Vegas, Nevada 89135 | *Attorneys for Defendant LVMPD* |
| *Attorneys for Defendant Vidal Contreras* | |

PETER GOLDSTEIN LAW CORP

/s/ Peter Goldstein
Peter Goldstein, Esq. (Bar No. 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 16, 2023