UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN GREENSTONE,<br><br>    Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-00290-GMN-NJK<br><br>**Order** |

    Pending before the Court is a joint discovery plan seeking special scheduling review. Docket No. 23.  The Court hereby **SETS** a scheduling conference for 10:00 a.m. on June 27, 2023, in Courtroom 3B.

    IT IS SO ORDERED.

    Dated: June 13, 2023

                                                                                                     _____<br>
                                                                                                Nancy J. Koppe<br>
                                                                                                United States Magistrate Judge