# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN GREENSTONE,<br><br>　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　Defendant(s). | Case No. 2:23-cv-00290-GMN-NJK<br><br>**Order** |

Pending before the Court is a stipulation to delay supplemental initial disclosures and supplemental expert disclosures until the final months before trial. Docket No. 48. The stipulation indicates in bald fashion that Plaintiff's medical condition is evolving and that the pretrial phase of litigation may be lengthy, such that the parties wish to supplement their disclosures on the eve of trial. *Id.* at 2.[1] The governing rules already address supplementing disclosures, *see* Fed. R. Civ. P. 26(e), and the stipulation fails to explain in meaningful fashion how or why those default procedures are insufficient here. Accordingly, the stipulation is **DENIED**.

IT IS SO ORDERED.

Dated: March 19, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This case has involved repeated efforts to depart from the standard litigation process based on conclusory assertions. The Court has already rejected the prior efforts to delay medical discovery. *See* Docket No. 38; *see also* Docket No. 28.

1