**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
   Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN GREENSTONE, individually and as appointed Guardian of SETH DALE GREENSTONE, an Adult Protected Person,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; VIDAL CONTRERAS and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-00290-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS (FIRST REQUEST)** |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through their attorney of record, Marquis Aurbach; Plaintiff Maureen Greenstone ("Plaintiff"), by and through her attorney of record, Peter Goldstein Law Corp.; and Defendant Vidal Contreras ("Defendant Contreras"), by and through his attorney of record, McNutt Law Firm, hereby stipulates and agrees to extend the deadline to file dispositive motions only.

**I.    CURRENT DEADLINES**

The current deadline for the parties to file their dispositive motions is April 1, 2024.

**II.    REMAINING DISCOVERY TO BE CONDUCTED**

The parties have conducted all discovery and discovery is closed.

**III.    REASONS FOR EXTENDING THE DEADLINES**

The parties respectfully request to extend the deadline to file their dispositive motions for the following reasons:

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1. Counsel for Defendant LVMPD just finished back-to-back trials in *Cepero v. Bonkavich*, 2:11-cv-01421-JAD-NJK and *Herndon v. City of Henderson, et. al.,* A-21-842739.

2. Counsel for Defendant LVMPD and Plaintiffs' counsel have a Ninth Circuit oral argument set for April 2, 2024 in Pasadena, California in *Napouk v. LVMPD,* 23-15726 (9th Cir.).

3. Counsel for Defendant Contreras has a trial in the Eighth Judicial Business Court set to begin on April 15, 2024, that is requiring their attention.

4. The parties agree that proper dispositive motion briefing will limit the issues for trial or the need for trial.

## IV.    PROPOSED EXTENDED DEADLINES

The parties propose extending the deadline to file their dispositive motions thirty (30) days from April 1, 2024 to May 1, 2024.

IT IS SO STIPULATED this 19th day of March, 2024.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: */s/ Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Nicholas M. Adams, Esq.<br>Nevada Bar No. 15859<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant LVMPD | By:   *s/Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiff |

MCNUTT LAW FIRM, P.C.

By:   *s/Matt Wolf*
    Dan McNutt, Esq.
    Nevada Bar No. 7815
    Matt Wolf, Esq.
    Nevada Bar No. 10801
    11441 Allerton Park Drive, Ste. 100
    Las Vegas, Nevada 89135
    Attorney for Defendant Contreras

MAC:14687-375 5417455_1 3/19/2024 10:26 AM

**ORDER**

IT IS HEREBY ORDERED the deadline for the parties to file their dispositive motions is extended from April 1, 2024 to May 1, 2024.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 25, 2024