Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
Peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:     (702) 474-6400
Facsimile:     (888) 400-8799

Andrew J. Kopke [PHV]
Kopke Christiana & Rastetter LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206
Telephone:     (917) 451-9525

*Attorneys for Plaintiffs*
*MAUREEN GREENSTONE, individually, and*
*as Appointed Guardian of SETH DALE*
*GREENSTONE, an Adult Protected Person*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| MAUREEN GREENSTONE, individually, and as Appointed Guardian of SETH DALE GREENSTONE, an Adult Protected Person,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; VIDAL CONTRERAS; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00290-GMN-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

The parties stipulate and agree to the following:

1.  On April 29, 2024, VIDAL CONTRERAS filed a motion for summary judgment. Dkt. 52. The deadline for Plaintiffs to respond to CONTRERAS' motion is May 20, 2024.

2.  On May 1, 2024, LVMPD filed a motion for summary judgment. Dkt. 56. The deadline for Plaintiffs to respond to LVMPD's motion is May 22, 2024.

1

3. Local Rule IA 6-1 governs the parties' stipulation and request. Plaintiffs' counsel is requesting an extension because he has numerous other commitments including: a hearing in Phoenix Arizona before the Ninth Circuit Court of Appeals on May 13, 2024 (Scott v LVMPD), oppositions to two motions to dismiss in another federal court case (Esparza v LVMPD), as well as numerous depositions and a motion to amend in a third federal case (Smith v. Wellpath, LLC). Additionally, Plaintiffs' counsel is co-counseling a case that is set for trial on June 16, 2024 (Lawrence v. LVMPD).

4. The parties stipulate and agree that good cause exists to extend the deadlines for Plaintiffs to file responses to the Defendants' summary judgment motions.

5. For these reasons, the parties respectfully request that the Court extend the briefing deadlines as follows: Plaintiffs' response to both Defendants' motions for summary judgment will become due on June 21, 2024, and Defendants' replies will become due on _June 28, 2024_____.

6. The parties stipulate and agree that this extension will not unnecessarily delay resolution of this case. The extension will ensure that the parties can prepare adequate briefs for the Court to make a ruling on the merits.

IT IS SO ORDERED.

_____

UNITED STATES DISTRICT JUDGE

DATED: May 3, 2024

DATED this 2nd day of May 2024.

| PETER GOLDSTEIN LAW CORP | MARQUIS AURBACH COFFING |
|---|---|
| */s/ Peter Goldstein* <br> Peter Goldstein, Esq. (Bar No. 6992) <br> 10161 Park Run Drive, Suite 150 <br> Las Vegas, Nevada 89145 <br> *Attorneys for Plaintiffs* | */s/ Craig Anderson* <br> Craig Anderson, Esq. (Bar No. 6882) <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> *Attorneys for Defendant LVMPD* |

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Defendant Vidal Contreras*