MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
11441 Allerton Park Drive, #100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
*Counsel for Defendant Vidal Contreras*

# United States District Court

## District of Nevada

| | |
|---|---|
| MAUREEN GREENSTONE, an individual and as appointed Guardian of SETH DALE GREENSTONE, an Adult Protected Person,<br><br>Plaintiff,<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; VIDAL CONTRERAS; and DOES 1–10, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00290-GMN-NJK<br><br>**Stipulation and Order to Extend Time to File Reply Briefs in Support of the Motions for Summary Judgment** |

Plaintiff Maureen Greenstone, Defendant Las Vegas Metropolitan Police Department (LVMPD), and Defendant Officer Vidal Contreras (together, the Parties) hereby stipulate to extend the time for Defendants to file reply briefs in support of their Motions for Summary Judgment:

The Parties stipulate and agree to the following:

1. On April 29, 2024, Defendant Vidal Contreras filed his Motion for Summary Judgment. Dkt. 52.

2. On May 1, 2024, Defendant LVMPD filed its Motion for Summary Judgment. Dkt. 56.

3. The Parties have already stipulated to extend the filing date of Plaintiff's oppositions to the Motions for Summary Judgment by 30 days to June 21, 2024. Dkt. 60. The Court granted the stipulation and set the reply date of June 28, 2024 for the Defendants. Dkt. 61.

4. The Parties hereby stipulate and agree that Defendants shall have until July 22, 2024 (30 days after the filing of the oppositions to the Motion for Summary Judgment) to file their reply briefs.

The Parties agree that this extension will not unnecessarily delay resolution of this case. The extension will ensure that the Parties can prepare adequate briefs for the Court to make a ruling on the merits.

SO STIPULATED on May 7, 2024.

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Defendant Vidal Contreras*

PETER GOLDSTEIN LAW CORP

*/s/ Peter Goldstein*
Peter Goldstein, Esq. (Bar No. 6992)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiffs*

MARQUIS AURBACH COFFING

*/s/ Craig Anderson*
Craig Anderson, Esq. (Bar No. 6882)
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant LVMPD*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 8, 2024