Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
Peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 474-6400
Facsimile:  (888) 400-8799

Andrew J. Kopke [PHV]
Kopke Christiana & Rastetter LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206
Telephone:  (917) 451-9525

*Attorneys for Plaintiffs*
*MAUREEN GREENSTONE, individually, and*
*as Appointed Guardian of SETH DALE*
*GREENSTONE, an Adult Protected Person*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| MAUREEN GREENSTONE, individually, and as Appointed Guardian of SETH DALE GREENSTONE, an Adult Protected Person,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; VIDAL CONTRERAS; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00290-GMN-NJK<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR OPPOSITION AND REPLY BRIEFS RELATED TO DEFENDANTS' PENDING MOTIONS FOR SUMMARY JUDGMENT** |

The parties stipulate and agree to the following:

1. On April 29, 2024, VIDAL CONTRERAS filed a motion for summary judgment. Dkt. 52. The deadline for Plaintiffs to respond to CONTRERAS' motion is June 21, 2024.

2. On May 1, 2024, LVMPD filed a motion for summary judgment. Dkt. 56. The deadline for Plaintiffs to respond to LVMPD's motion is now June 21, 2024.

3. The deadline for Defendants' reply briefs is July 22, 2024.  (Dkt. 63.)

1

4. Local Rule IA 6-1 governs the parties' stipulation and request. Plaintiffs' counsel is requesting a one-week extension because he is co-counsel on Lawrence v. LVMPD, Case No. 2:16-cv-03039-APG-NJK, that is set for trial on June 17, 2024, before Hon. Andrew Gordon that is expected to take one week.  Likewise, counsel for Defendants is preparing for a trial before District Court Judge Richard F. Boulware in *Gomez v. LVMPD* scheduled to begin on July 29, 2024.

5. The parties stipulate and agree that good cause exists to extend the deadlines for Plaintiffs to file responses to the Defendants' summary judgment motions by one week and likewise to extend the deadline for Defendants' reply briefs from July 22, 2024, to July 29, 2024.

6. For these reasons, the parties respectfully request that the Court extend the briefing deadlines as follows: Plaintiffs' response to both Defendants' motions for summary judgment will become due on June 28, 2024, and Defendants' replies will become due on July 29, 2024.

7. The parties stipulate and agree that this extension will not unnecessarily delay resolution of this case. The extension will ensure that the parties can prepare adequate briefs for the Court to make a ruling on the merits.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 17, 2024

DATED this 16th day of June 2024.

| PETER GOLDSTEIN LAW CORP | MARQUIS AURBACH COFFING |
|---|---|
| */s/ Peter Goldstein* | */s/ Craig Anderson* |
| Peter Goldstein, Esq. (Bar No. 6992) | Craig Anderson, Esq. (Bar No. 6882) |
| 10161 Park Run Drive, Suite 150 | 10001 Park Run Drive |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89145 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant LVMPD* |

MCNUTT LAW FIRM, P.C.

*/s/ Dan McNutt*
Dan McNutt, Esq. (Bar No. 7815)
Matt Wolf, Esq. (Bar No. 10801)
11441 Allerton Park Drive, Suite 100
Las Vegas, Nevada 89135
*Attorneys for Defendant Vidal Contreras*

3