# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN GREENSTONE, et al.,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　Defendant(s). | Case No. 2:23-cv-00290-GMN-NJK<br><br>**Order**<br><br>[Docket No. 73] |

Pending before the Court is a stipulation to vacate the settlement conference in light of the parties' agreement to engage in private mediation. Docket No. 73; *see also* Docket No. 75 (corrected image). The stipulation is hereby **GRANTED**. The parties must file a joint status report regarding mediation by December 23, 2024.

IT IS SO ORDERED.

Dated: July 11, 2024

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1