**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Nicholas M. Adams, Esq.
Nevada Bar No. 15859
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
nadams@maclaw.com
   Attorneys for Defendant LVMPD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAUREEN GREENSTONE, individually and as appointed Guardian of SETH DALE GREENSTONE, an Adult Protected Person,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; VIDAL CONTRERAS and DOES 1-10, inclusive,<br><br>Defendants. | Case Number:<br>2:23-cv-00290-GMN-NJK |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through their attorney of record, Marquis Aurbach; Plaintiff Maureen Greenstone, individually and as appointed Guardian of Seth Dale Greenstone, an adult protected person ("Plaintiff"), by and through her attorney of record, Peter Goldstein Law Corp.; and Defendant Vidal Contreras ("Defendant Contreras"), by and through his attorney of record, McNutt Law Firm, that the above-referenced matter be dismissed with prejudice; and

/ / /

/ / /

MAC: 14687-375 (#5840570.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 14th day of May, 2025.

| MARQUIS AURBACH | PETER GOLDSTEIN LAW CORP. |
|---|---|
| By: *s/ Craig R. Anderson*<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Nicholas M. Adams, Esq.<br>Nevada Bar No. 15859<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendant LVMPD | By: *s/Peter Goldstein*<br>Peter Goldstein, Esq.<br>Nevada Bar No. 6992<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, Nevada 89145<br>Attorney for Plaintiff |

MCNUTT LAW FIRM, P.C.

By: *s/Matt Wolf*
  Dan McNutt, Esq.
  Nevada Bar No. 7815
  Matt Wolf, Esq.
  Nevada Bar No. 10801
  11441 Allerton Park Drive, Ste. 100
  Las Vegas, Nevada 89135
  Attorney for Defendant Contreras

## ORDER

IT IS HEREBY ORDERED that the above-referenced matter be dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties shall bear their own attorney fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 14, 2025